IN THE SUPREME COURT OF THE STATE OF DELAWARE

GREGORY JONES, § 
§ No. 107, 2026
Defendant Below, §
Appellant, § Court Below–Superior Court
§ of the State of Delaware
v. §
§ Cr. ID No. 2509003089 (K)
STATE OF DELAWARE, §
§
Appellee. §
§

Submitted: August 4, 2026
Decided: August 10, 2026

## ORDER

On June 30, 2026, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Gregory Jones, because he had not filed an opening brief by the June 25 deadline set by the Court. On July 17, the Chief Deputy Clerk issued a notice, sent by certified mail, to Jones directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Jones received the notice on July 24. A timely response to the notice was due on or before August 3. To date, Jones has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Gary F. Traynor*
Justice